1

2

3

4

5

6

7

8                              UNITED STATES DISTRICT COURT

9                          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    ERIC CHARLES RODNEY KNAPP,                No.  2:16-cv-2900 JAM CKD P

12                  Petitioner,

13          v.                                   ORDER

14    UNKNOWN,

15                  Respondent.

16

17          Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas

18    corpus pursuant to 28 U.S.C. §  2254.  Petitioner has not, however, filed a request to proceed in

19    forma pauperis or paid the required filing fee ($5.00).  See 28 U.S.C. §§ 1914(a); 1915(a).  Good

20    cause appearing, IT IS HEREBY ORDERED that:

21          1.  Petitioner shall submit, within thirty days from the date of this order, an affidavit in

22    support of his request to proceed in forma pauperis or the appropriate filing fee; petitioner's

23    failure to comply with this order will result in a recommendation that this action be dismissed;

24    and

25    ////

26    ////

27    ////

28    ////

                                               1

2. The Clerk of the Court is directed to send petitioner a copy of the in forma pauperis form used by this district.

Dated: May 26, 2017

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

13:knap2900.101a